DAVIS vs. FORSE.

APPEAL from St. Louis Circuit Court.

The same question is involved in this case as in the case of Sloan vs. Forse, therefore the judgment will be reversed and the cause remanded.